United States Bankruptcy Court
Eastern District of New York

Harlem 133 Owner, LLC,
Plaintiff
Balkany,
Defendant

Adv. Proc. No. 23-01053-jtb

# CERTIFICATE OF NOTICE

District/off: 0207-1    User: admin    Page 1 of 2
Date Rcvd: Oct 02, 2026    Form ID: 320    Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jared S. Roach, Reed Smith LLP, Reed Smith Centre, 225 Fifth Avenue, Pittsburgh, PA 15222-2716 |
| md | + | Carlos J. Cuevas, Law Office of Carlos J. Cuevas, Esq., 1250 Central Park Avenue, Yonkers, NY 10704-1044 |
| dft | + | Levi Balkany, 884 Eastern Parkway, Brooklyn, NY 11213-3618 |
| 10217895 | + | Law Office of Rachel S. Blumenfeld PLLC, 26 Court Street, Suite 2220, Brooklyn, New York 11242-1122 |
| 10588536 | | SILVERMAN SHIN & SCHNEIDER PLLC, 88 Pine St., 22nd Fl., New York, New York 10005, Attn: Andrew V. Achiron, Esq., Tel: (212) 779-8600 E-mail: aachiron@silverfirm.com |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Harlem 133 Owner, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026    Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlos J Cuevas | on behalf of Mediator Carlos J. Cuevas ccuevas576@aol.com |
| James N. Faller | on behalf of Plaintiff Harlem 133 Owner  LLC james.faller@reedsmith.com, james-faller-7847@ecf.pacerpro.com |

Rachel S. Blumenfeld
on behalf of Defendant Levi Balkany rachel@blumenfeldbankruptcy.com

Victoria R Serigano
on behalf of Plaintiff Harlem 133 Owner LLC VSerigano@reedsmith.com, victoria--serigano-5830@ecf.pacerpro.com

TOTAL: 4

# United States Bankruptcy Court

Eastern District of New York
271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

IN RE: CASE NO: 1–23–01053–jtb

Harlem 133 Owner, LLC v. Balkany

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: CHAPTER: 0

DEBTOR(s)

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT**:

All matters scheduled for November 17, 2026 at 10:30 a.m. have been rescheduled by the Court to December 3, 2026 at 11:30 a.m.

Please be advised that, due to the reassignment of this case to Judge James T. Bentley, the courtroom location has changed to Courtroom 3554. All parties must register for the hearings using eCourt Appearances.

Dated: October 2, 2026

For the Court, Paul Dickson, Clerk of Court